UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CL

| | |
|---|---|
| CHARLIE AND NADINE H., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MURPHY, et al.<br><br>Defendants. | Civil Action No. 2:99-cv-03678-SRC-CLW |

**ORDER APPROVING CLASS ACTION SETTLEMENT AND APPROVING DISMISSAL**

Upon consideration of the Motion for Order of Approving Class Action Settlement, the entire record, and it appearing that the relief should be granted, it is ORDERED that:

WHEREAS, the Defendants having provided a Class Notice pursuant to the notice plan approved by the Court in the March 23, 2023 Order Preliminarily Approving Class Action Settlement, Approving Notice Plan, and Scheduling Fairness Hearing; and

WHEREAS, the Court has not received any written comments in support of, or in opposition to, the fairness, reasonableness, and adequacy of the settlement; and

WHEREAS, the Court has reviewed and considered the Exit Plan and Agreement and has reviewed and considered the Parties' submissions, and is otherwise fully informed regarding these proceedings, and with good cause shown;

NOW, THEREFORE, IT IS ORDERED:

This Order (the "Dismissal Order") incorporates by reference the definitions in the Exit Plan and Agreement, and all capitalized terms shall have the same meanings set forth in the Exit Plan and Agreement.

Class Counsel adequately represented the Class for the purpose of entering into and implementing the Exit Plan and Agreement. In the absence of consultations with the original named plaintiffs who cannot be located or who are deceased, class counsel has made reasonable efforts to consult with members of the class, including seeking input from such secondary sources as public interest organizations and caregivers who have day-to-day contact with class members.

Having reviewed the Exit Plan and Agreement, the Court approves the Exit Plan and Agreement and the settlement contemplated by the Parties, as being fair, reasonable, and adequate within the meaning of Rule 23 of the Federal Rules of Civil Procedure, and as being the product of informed, arm's length, negotiation by counsel. The Exit Plan and Agreement contains no deficiencies that would prevent approval.

All Class Members shall be bound by all determinations and judgments concerning the Exit Plan and Agreement and the settlement contemplated thereby.

This matter is hereby DISMISSED subject to the terms and conditions set forth in the Exit Plan and Agreement.

s/ Stanley R. Chesler
_____
Hon. Stanley R. Chesler, U.S.D.J.

DATED: __April 25,___ 2023

2