# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Arman Spellman and Siblings <br><br> Plaintiff(s) <br><br> v. <br><br> NJ DCF Commissioner&Governor Murphy <br><br> Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil rule 6.1(b)] <br><br> Civil Action No. 2:99-cv-03678: |

Application is hereby made for a Clerk's Order extending time within which defendant(s) __may reasonably object to the exit plan for families not notified through the exit plan;__ may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on _____; and
3. Time to Answer, Move or otherwise Reply expires on _____.

      Christian A. Arnold AAG
Attorney for Defendant(s)

      124 Halsey Street
Mailing Address

      Newark, NJ 07101-0999
City, State, Zip Code

## ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.
ORDER DATED: _____

By:_____
Deputy Clerk