# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
**STANLEY R. CHESLER**
JUDGE

SENATOR FRANK R. LAUTENBERG BUILDING
UNITED STATES COURTHOUSE AND POST OFFICE
NEWARK, N.J. 07101-0999
(973) 645-3136

April 30, 2024

Ms. Mona Spellman-Benjamin
3121 D 319 Fire Road
Egg Harbor Township, New Jersey 08234

      Re:    ***CHARLIE and NADINE H. et al. v. MURPHY et al.***
               **Civil Action No. 99-3678 (SRC)**

Dear Ms. Spellman-Benjamin:

The Court is in receipt of various submissions dated February 28, April 4, April 12, and April 17, 2024. These submissions appear to be an effort on your part to contest this Court's approval of the settlement of Charlie and Nadine H. et al. v. Murphy et al., Civil Action No. 99-3678. By Order dated March 24, 2023, this Court authorized approval of an exit plan for New Jersey's Division of Child Protection and Permanency, to terminate the consent decree covering that agency. On April 25, 2023, this Court issued an Order approving the settlement and approving dismissal of the case, subject to the terms and conditions of the settlement agreement. In the Court's view, the only basis on which this Court can entertain any challenge to the settlement agreement and dismissal are contained within the exit plan and settlement agreement themselves. Your submissions do not appear to be based upon, or comply with, any of the terms and conditions of the exit plan and settlement agreement, and therefore your application will not be entertained and your request to reopen the case is hereby denied.

**SO ORDERED.**

Very truly yours,

   s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge