Request reinstatement and extension of the in Charlie and Nadine H Class Action Lawsuit

Now that you know the key terms of the Exit Plan and Agreement. what can you do next?

17. If you agree with the Exit Plan and Agreement, you do not have to do anything.

18. If you disagree with any part of the E x i t P l a n a n d Agreement and you want to tell the judge, you have to do these things:

• You must write a letter to the judge telling him what you do not like about the Exit Plan and Agreement. Include your name, address, phone number, and signature in the letter.

• On the first page of your letter write in large or underlined letters:

"Civil Action No. 2:99-cv-03678: Objections to Exit Plan and Agreement in Charlie and Nadine H."

• Mail your letter to:

The Honorable Stanley R. Chesler U.S. District Court for the District of New Jersey United States Courthouse and Post Office Building 6 2 Federal Square Newark, NJ 07101-0999

• You must also mail copies of your letter to the lawyers for the plaintiffs and defendants at the following addresses:

• If you need help writing your objections, you may ask someone to object on your behalf. The representative must state in the objection that he or she is your representative and explain the nature of the representation and the name of the class member.

• If you have a guardian or you are under the age of 18, your parent, guardian or court· appointed representative may object on your behalf. The guardian must state in the objection that he or she is your representative, the details of the appointment by the probate court or relationship to you (if parent) and explain the nature of the representation and the name of the class member.

19. You must do all of this to be sure that the judge will read your letter. Your letter must be received on or before April 10, 2023

April 1, 2023

Mona Spellman-Benjamin

3121 D 319 Fire Road

Egg Harbor Township, NJ 08234

470-242-1512 609=678-8931

monaspellman3144@gmail.com

Charlie and Nadine H. Settlement

Attention: Marcia Robinson Lowry

A Better Childhood, Inc.

355 Lexington Avenue, Floor 16

New York, NY 10017

Charlie and Nadine H. Settlement

Office of the Attorney General Division of Law

Attn: Christian A. Arnold

Assistant Attorney General

124 Halsey Street

Newark, NJ 07101

The Honorable Stanley R. Chesler

U.S. District Court for the District of New Jersey

United States Courthouse and Post

Office Building 6

2 Federal Square

Newark, NJ 07101-0999

"Civil Action No. 2:99-cv-03678: Objections to Exit Plan and Agreement in Charlie and Nadine H."

Dear Honorable Stanley R. Chesler,

My name is Mona Spellman-Benjamin. I am happy to write on behalf of my children Ama Benjamin, Amour Benjamin, Amir Benjamin, Amani Benjamin, Arman Spellman and myself Mona Spellman-Benjamin. I am writing to request a reinstatement and extension for the Charlie and Nadine H Settlement which was recently under review for the Exit Plan and Agreement March 2023. I am writing to provide insight on the need for the Task Force legislation for include reunification and reversal for adoption initiated from 2006.

I am writing as I disagree with the Exit Plan for the class members who are still not remedied as a result of the actions of the New Jersey Child Welfare System of Care. I understand their was legislation created regarding "New Jersey Task Force on Child Abuse and Neglect.", however it does not address the issues with cases where fraud, waste, and abuse issue were not resolved, RICO violations were not resolved, and anti-kickback law violations were not resolved within the New Jersey Child Welfare System of Care.

I am asking for continued federal oversight for concerns of forced foster adoption as a result of bad practices by the New Jersey Child Welfare System of Care. They have failed to utilize the programs allotted to the state in the "Keeping families Together" initiates in keeping with the legislative directives from legislative orders under C.9:6-8.75" New Jersey Task Force on Child Abuse and Neglect." Especially as it relates to the least restrictive measures for families as it relates to custody and care along with timely reunification for parents participating constructively in services.

My objection is out of the concern for myself and other children and families grossly affected through familiar separation. I am asking cases of foster adoption within the New jersey Child Welfare System of Care be reinvestigated for failure to use things such as the Family Preservation Act, Keeping Families Together and The Family First Service Act, as advertised on the DCF on the Air channel.

Thank You Kind Regards,


Mona Spellman-Benjamin

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Arman Spellman and Siblings

Plaintiff(s)

v.

NJ DCF Commissioner&Governor Murphy

Defendant(s)

APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY
[Local Civil rule 6.1(b)]

Civil Action No. 2:99-cv-03678:

Application is hereby made for a Clerk's Order extending time within which defendant(s) __may reasonably object to the exit plan for families not notified through the exit plan;__ may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on_____; and
3. Time to Answer, Move or otherwise Reply expires on _____.

Christian A. Arnold AAG
Attorney for Defendant(s)

124 Halsey Street
Mailing Address

Newark, NJ 07101-0999
City, State, Zip Code

## ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.
ORDER DATED: _____

By:_____
Deputy Clerk



**CITY OF PHILADELPHIA**

**DEPARTMENT OF HUMAN SERVICES**
1515 Arch Street, Philadelphia, PA 19102
215-683-4DHS (4347)

**Commissioner**
KIMBERLY ALI

**Deputy Commissioners**
Policy Development and System Enhancement
GARY D. WILLIAMS

Child Welfare Operations
SAMUEL B. HARRISON, III

Juvenile Justice Services
NELSON R. WALKER

Administration and Management
VONGVILAY MOUNELASY

September 7, 2022

To Whom It May Concern,

This letter is to verify that Mona Spellman-Benjamin is currently participating in the Parenting Skills Education and Support Group via DHS. The Parenting Skill Group began on August 10th. Ms. Spellman-Benjamin started the group on that date and currently has one absence on August 24th. Ms. Spellman-Benjamin is also an active participant within the group process.

The Parenting Skills Group is a 12-week group that meets once a week on Wednesdays for 2 hours. As of the above date we have completed 5 weeks of the group sessions. Once we have completed all of the group sessions Ms. Spellman-Benjamin will be receiving her certificate of completion.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Renee Durham, SWSMII
PAN Group Facilitator
Parent Action Network
Department of Human Services
1515 Arch St, 5th Fl.
Philadelphia, PA 19102
267-234-2684
Renee.Durham@phila.gov

# FAMILY THERAPY AND CONSULTATION SERVICES / UNITED FAMILY SERVICES
## THERAPIST TREATMENT PLAN

**Name:** Mona Spellman  **Dates of Plan: (up to two months)** 9/6/23-11/6/23

| | |
|---|---|
| **Client Strengths** | Mona expresses that her strengths are that she is open with others, she is outgoing at times and speaks her mind. Mona identifies herself to be an involved parent now and has grown tremendously as a person and parent. She is interested in how her children and family are and motivates them to grow. She has a good support system which include her family and her friends |
| **Problem Statement (in client's own words)** | "That encounter with the police got me into this situation in 2019. Armin and I were in the car and I felt that this was my turning point in life. I felt violated by a person in power and their power was misused. I keep seeing this through my life." |

**Primary Diagnosis from DSM 5**    F43

**Secondary Diagnosis from DSM 5**    F43.1

| Goals: Behaviors youth and family wish to change. | Objective(s) Client and/or family member(s) actions measured by frequency, duration & amount. Place a check by objectives that are criteria for discharge or reduction of services. | Intervention(s) Therapist actions measured by frequency, duration and amount. | Target Date: | Date Achieved and Outcome |
|---|---|---|---|---|
| Improve communcation with family members and children | Discuss various communication skills. | Various modalities will be utilized on a weekly basis | 11/26/23 | |
| Process trauma with Mona & her son, Armin | Improve relationship with son. | Various modalities will be utilized on a weekly basis | 11/26/23 | |
| | | | | |

**Referrals made for additional services and/or linkages to resources:** None reported

I have participated in creating this plan and will do my best to accomplish these goals.

| Signature of Client | Date | Signature of Parent/Guardian(s) | Date |
|---|---|---|---|
| *Silvia Rainho* | 9/26/23 | | |
| **Signature of Therapist** | **Date** | **Signature of Clinical Supervisor** | **Date** |