"Civil Action No. 2:99-cv-03678: Objections to Exit Plan and Agreement in Charlie and Nadine H."

Mona Spellman-Benjamin
American Nursing Solutions Care
Representing Parents of Children Forcibly Adopted and Siblings Separated
Attn: Mona Spellman-Benjamin
3121 D 319 Fire Road
Egg Harbor Township, NJ 08234
rnbsnspellman@gmail.com
monaspellman3144@gmail.com
609-678-8931 470-242-1512

Charlie and Nadine H. Settlement
Attn: Marcia Robinson Lowry, Esq.
A Better Childhood, Inc.
355 Lexington Avenue
Floor 16
New York, NY 10017

Charlie and Nadine H. Settlement
Office of the Attorney General
Division of Law
Attn: Christian A. Arnold
Assistant Attorney General
124 Halsey Street

"Civil Action No. 2:99-cv-03678: Objections to Exit Plan and Agreement in Charlie and Nadine H."

• If you need help writing your objections, you may ask someone to object on your behalf. The representative must state in the objection that he or she is your representative and explain the nature of the representation and the name of the class member.

• If you have a guardian or you are under the age of 18, your parent, guardian or court· appointed representative may object on your behalf. The guardian must state in the objection that he or she is your representative, the details of the appointment by the probate court or relationship to you (if parent) and explain the nature of the representation and the name of the class member.

24. If you would like to speak at the hearing, you must also request in writing the judge's permission to speak.

25.If the judge decides to approve the settlement, his decision is final and the lawsuit will end, **except that the Court will still be available to enforce the provisions of the Exit Plan and Agreement until SORS issues its initial report. The defendants will undertake the commitments in the Exit Plan and Agreement and class members will no longer be able to petition the courts for the same thing that they sued about in the Charlie and Nadine H. lawsuit**

11/3/2024

Mona Spellman-Benjamin
American Nursing Solutions Care
Representing Parents of Children Forcibly Adopted and Siblings Separated
Attn: Mona Spellman-Benjamin
3121 D 319 Fire Road
Egg Harbor Township, NJ 08234
rnbsnspellman@gmail.com
monaspellman3144@gmail.com
609-678-8931 470-242-1512


Dear Honorable Stanley R. Chesler,

I am following up on a letter filed on behalf of potential class members of the Charlie and Nadine H. Settlement as a result of having the Judge's decision out of my reach. I however recall having the response from the courts stating the potential Class members were not recipients of the Civil Rights Class Action Lawsuit:

Ama Benjamin
Amour Benjamin
Amir Benjamin
Amani Benjamon
Arman Spellman

I am rewriting to file and objection as I am the mother of the five children I am filing on behalf of as a result of having my rights and there rights violated do to negligence of the New jersey Child Welfare System in not provided services to prevent family separation. The basis for the suit form my understanding was the result of the families not being provided the proper services.

I am writing to object the Exit Plan of the Charlie and Nadine Class Action Suit in the need for Federal Oversight. The areas of concern is forced foster adoption and the misuse of the Kinship Legal Guardian (KLG) Foster Adoption System. My basis for the claim of misuse of the system also is to report the misuse of the Bill Clinton Adoption and Safe Family Act (ASFA). The Legislatures initial support of the ASFA were for Children who needed permanency outside of the foster care system.

I am reporting the punitive use of the Bill against African American mothers and children. I am also reporting the punitive use of the Indian Child Welfare Act similar to the KLG Foster Adoption System, where children foster care adoptions are being capitalized on by predatory social workers and structurally racist practices. These issues are named by the Commissioner herself.

Thank You Kind Regards,


Mona Spellman-Benjamin